

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

**AARON RAMON WATSON,**

       Petitioner,

v.                                Civil Action No. **3:07CV186**

**HAMPTON VIRGINIA CIRCUIT COURT,**

       Respondent.

### MEMORANDUM OPINION

Petitioner, a Virginia state prisoner proceeding *pro se*, submitted this 28 U.S.C. § 2254 petition. By Memorandum Order on April 13, 2007, the Court directed Petitioner to complete and return an affidavit in support of his request to proceed *in forma pauperis* within fifteen (15) days of the date of entry thereof. More than fifteen (15) days have passed and Petitioner has not returned the required *in forma pauperis* affidavit.

Petitioner has failed to pay the assessed fee or adequately explain any special circumstances warranting excuse from payment. Accordingly, the petition will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

Date:_AUG 1 5 2007_
Richmond, Virginia

/s/
**Richard L. Williams**
**United States District Judge**